IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JESSICA BLINKHORN, | |
| Plaintiff, | CIVIL ACTION NO.: 4:23-cv-195 |
| v. | |
| MARJORIE YAO WALLACE; and BARRY WYNN WALLACE, | |
| Defendants. | |

**O R D E R**

Plaintiff filed her Complaint initiating this action on July 13, 2023.  (Doc. 1.)  On November 17, 2023, Plaintiff filed a Notice of Voluntary Dismissal with Prejudice, stating her intent to dismiss the case with prejudice.  (Doc. 10.)  Defendants have not filed answers or motions for summary judgment.  Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this case has been **DISMISSED WITH PREJUDICE**.  (See id.)  The Court **DIRECTS** the Clerk of Court to **TERMINATE** all pending motions, and to **CLOSE** this case.

**SO ORDERED**, this 21st day of November, 2023.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA